Robert B. Jobe (Cal. State Bar #133089)
Katherine M. Lewis (Cal. State Bar #247258)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:   (415) 956-5513
Fax:   (415) 840-0308
Email: bob@jobelaw.com

Attorneys for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD NAEEM KHAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JONATHAN SCHARFEN, DIRECTOR, ) <br> USCIS, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | No.   C 08-02015 TEH <br><br> PLAINTIFF'S MOTION FOR <br> VOLUNTARY DISMISSAL; <br> [PROPOSED] ORDER |

Pursuant to Civil Local Rule 7, Plaintiff, Mohammad Naeem Khan, through counsel, requests that his Complaint for Relief Under the Administrative Procedure Act currently pending before the Court be dismissed without prejudice. Subsequent to the filing of his complaint, Defendants issued a decision vacating the denial of Mr. Khan's application for adjustment of status. Mr. Khan's application is again pending before the U.S. Citizenship and Immigration Services.

WHEREFORE, Plaintiff prays that this Court allow him to voluntarily dismiss his complaint, without prejudice.

DATED:     June 20, 2008           Respectfully submitted,

/s/ Robert B. Jobe

_____
Robert B. Jobe
Katherine M. Lewis
LAW OFFICE OF ROBERT B. JOBE
550 Kearny St., Ste. 200
San Francisco, CA 94108
(415) 956-5513
(415) 840-0308

Attorneys for Plaintiff.

## ~~[PROPOSED]~~ ORDER

IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without prejudice be granted.

DATED:   06/23/08



_____
THELTON E. HENDERSON
United States District Judge